IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00439-RPM

JULIE HALLING, M. D.,

                Plaintiff,

v.

ROCKY MOUNTAIN PHYSICIANS, P.C.,

                Defendants.

_____

ORDER OF REMAND
_____

This civil action was removed from the District Court, El Paso County, Colorado, by Notice of Removal, filed February 29, 2008, alleging jurisdiction based on a First Amended Complaint, filed January 18, 2008, claiming compensation under the Colorado Wage Act and for health care expenses based on a theory of promissory estoppel. The defendant contends that the plaintiff has sought to claim under the Employment Retirement Income Security Act (ERISA), 29 U.S.C. § 1001, *et seq.* Upon consideration of the First Amended Complaint, the defendant's motion to dismiss the claim for promissory estoppel and the Partial Answer to First Amended Complaint and Counterclaim, filed in the state court, it is apparent that the notice of removal was improvidently filed. There is no ERISA claim in the First Amended Complaint. The plaintiff's assertion is that while her written contract, a copy of which is attached to the First Amended Complaint, expressly denies any benefits of any type from the company, there were promises made which should be enforced under Colorado law of promissory

1

estoppel. Both the plaintiff and defendant agree in their pleadings that there is no existing employee benefits plan and therefore there is no basis for this Court's federal question jurisdiction. It is therefore

ORDERED that this civil action is remanded to the District Court, El Paso County, Colorado.

DATED: March 24th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge