IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00439-RPM

JULIE HALLING, M. D.,

       Plaintiff,

v.

ROCKY MOUNTAIN PHYSICIANS, P.C.,

       Defendants.
_____

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION
_____

Upon consideration of Defendant's Motion for Reconsideration [13], filed on March 28, 2008, it is

ORDERED that the motion is denied.

DATED: May 6th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge